**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**KAIVA, LLC**                                                      **PLAINTIFF**

**V.**                                                              **NO. 1:15-CV-63-DMB**

**MICHAEL PARKER and
DEBRA PARKER**                                           **DEFENDANTS**

**ORDER**

On May 4, 2018, the parties in this action e-mailed the Court requesting a pre-trial conference to resolve the following ten issues:

1. Whether new evidence will be allowed by the parties;
2. Whether a new pretrial order will be allowed/required;
3. Whether the court will address the first jury's findings with the new jury;
4. Whether the parties will be required to draft statements of findings to be read to jury;
5. Whether the Court will allow a punitive damage phase;
6. Whether the Court will bifurcate any punitive damage phase, if allowed, per Miss Code Ann 11-1-65;
7. Whether evidence of Defendants' net worth will be presented to the jury in the punitive damage phase, if any;
8. How evidence of Defendants' net worth will be presented to the Court in the post-punitive damage phase hearing per Miss Code Ann 11-1-65, if punitive damages are allowed;
9. Whether there will be new jury forms; and
10. Whether there will be new jury instructions.

The Court is amenable to setting a pre-trial conference. However, to ensure the issues above will be resolved as efficiently as possible, the parties are **DIRECTED** to file briefs stating their positions on each identified issue and, where appropriate, authority supporting such positions. Such briefs shall not exceed twenty-five (25) pages and must be filed on or before May 24, 2018.

**SO ORDERED**, this 10th day of May, 2018.

                                                                        /s/Debra M. Brown
                                                                       **UNITED STATES DISTRICT JUDGE**