IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KAIVA, LLC**            **PLAINTIFF**

**V.**            **NO. 1:15-CV-63-DMB**

**MICHAEL PARKER and**
**DEBRA PARKER**            **DEFENDANTS**

## ORDER

On June 12, 2018, the parties filed a "Joint Stipulation of Dismissal with Prejudice" which dismisses this action with prejudice. Doc. #110. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on this Court's docket.

**SO ORDERED**, this 12th day of June, 2018.

                                         **/s/Debra M. Brown**
                                         **UNITED STATES DISTRICT JUDGE**